Opinion filed October 22, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 22,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00027-CR

                                                    __________

 

                             RICHARD WILLIAM MILLER, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 396th District Court

 

                                                          Tarrant
County, Texas

 

                                               Trial
Court Cause No.  1106380D

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
jury convicted Richard William Miller, upon his pleas of guilty, of three
counts of aggravated robbery with a firearm and assessed his punishment at
confinement for thirty years for each offense.  We dismiss.








Appellant=s court-appointed counsel
has filed a motion to withdraw.  The motion is supported by a brief in which
counsel professionally and conscientiously examines the record and applicable
law and states that she has concluded that the appeal is frivolous.  Counsel
has provided appellant with a copy of the brief and advised appellant of his
right to review the record and file a response to counsel=s brief.  A response has
been filed.  Court-appointed counsel has complied with the requirements of Anders
v. California, 386 U.S. 738 (1967); In re Schulman, 252 S.W.3d 403
(Tex. Crim. App. 2008); Stafford v. State, 813 S.W.2d 503 (Tex. Crim.
App. 1991); High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978); Currie
v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Gainous v. State,
436 S.W.2d 137 (Tex. Crim. App. 1969); and Eaden v. State, 161 S.W.3d
173 (Tex. App.CEastland
2005, no pet.).

In
his response, appellant contends that the doctrine of double jeopardy prevented
the three count indictment for offenses occurring in one criminal transaction,
that his trial counsel provided  ineffective assistance by allowing appellant
to enter a guilty plea, and that the pretrial photo identification procedure
was impermissibly suggestive.  The Texas Court of Criminal Appeals stated in Bledsoe
v. State, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005), that the court of
appeals is to review appellant=s
pro se claims and examine the record in order to determine whether the record
reflects no reversible error and, therefore, the appeal should be dismissed or
whether arguable grounds exist and, therefore, new counsel should be
appointed.  We have complied with the requirements in Bledsoe and have
found no reversible error.

Following
the procedures outlined in Anders, we have independently reviewed the
record, and we agree that the appeal is without merit.  We note that counsel
has the responsibility to advise appellant that he may file a petition for
discretionary review by the Texas Court of Criminal Appeals.  Ex parte Owens,
206 S.W.3d 670 (Tex. Crim. App. 2006).  Likewise, this court advises appellant
that he may file a petition for discretionary review pursuant to Tex. R. App. P. 66.  Black v. State, 
217 S.W.3d 687 (Tex. App.CEastland
2007, no pet.).

The
motion to withdraw is granted, and the appeal is dismissed.

 

PER CURIAM

 

October 22, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.